**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF OHIO, ex rel. | : | Judge Donald C. Nugent |
| MICHAEL DEWINE, | : | |
| OHIO ATTORNEY GENERAL, | : | |
| | : | Case No.: 1:16-CV-2328 |
| | : | |
| | : | |
| and | : | |
| | : | |
| CLEVELAND-CUYAHOGA COUNTY | : | |
| PORT AUTHORITY | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES ARMY CORPS | : | |
| OF ENGINEERS, *et al*., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs, State of Ohio and the Cleveland-Cuyahoga County Port Authority ("Plaintiffs") hereby move the Court to issue a Temporary Restraining Order and Preliminary Injunction based on Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, including the declarations, and exhibits attached thereto.  Plaintiff requests an expedited hearing on this motion.

Respectfully submitted,

**MICHAEL DₑWINE**
**OHIO ATTORNEY GENERAL**

/s/  *David Emerman*
**DALE T. VITALE (0021754)**
**DAVID E. EMERMAN (0089348)**
**JANEAN WEBER (0083960)**
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215-3400
Telephone:  (614) 466-2766
Facsimile:  (614) 644-1926
Dale.Vitale@OhioAttorneyGeneral.gov
David.Emerman@OhioAttorneyGeneral.gov
Janean.Weber@OhioAttorneyGeneral.gov

**RICHARD COGLIANESE (0066830)**
Principal Assistant Attorney General
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Telephone: (614) 644-7257
Facsimile: (614) 752-4677
elsreview@OhioAttorneyGeneral.gov

*Counsel for Plaintiff, State of Ohio*

/s/ *Louis L. McMahon* (w/authorization)
LOUIS L. McMAHON (0067378)
KEELY J. O'BRYAN (0071438)
McMAHON DₑGULIS LLP
The Caxton Building
812 Huron Road E, Suite 650
Cleveland, Ohio 44115
Telephone: (216) 621-1312
Facsimile: (216) 621-0577
lmcmahon@mdllp.net
kobryan@mdllp.net

*Counsel for Plaintiff,*
*Cleveland-Cuyahoga County Port Authority*